# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:01-CR-00016-GCM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| TYE LANFORD SARRATT, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Tye Lanford Sarratt filed a Second Motion for Compassionate Release (ECF No. 54). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 27, 2021

Graham C. Mullen
United States District Judge